**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00226-CV

————————————

## YOLTZIN MARIELLA HOLLIBAUGH, Appellant

## V.

## DAVID MICHAEL WISE, Appellee

On Appeal from the 246th District Court
Harris County, Texas
Trial Court Case No. 2018-00554

## MEMORANDUM OPINION

Appellant's brief was due on November 11, 2024. Notice issued on November 26, 2024 advising appellant that her appeal was subject to dismissal unless she filed a brief by December 6, 2024. No brief was filed.

Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.3(b), 43.2(f).

Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Hightower, and Guerra.